

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-14-00894-CR

Adam Paul **EANNARINO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8490
Honorable Maria Teresa Herr, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to August 5, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Mark Stevens                                S. Patrick Ballantyne
        Law offices of Mark Stevens                 Bexar County Assistant District Attorney
        310 South St. Mary's, Ste. 1920             101 W. Nueva St.,
        San Antonio, TX 78205-3154                  7th Floor
                                                    San Antonio, TX 78205

        Matthew Allen
        310 South St. Mary's, Ste. 1920
        San Antonio, TX 78205